**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALBANY ROAD REAL ESTATE PARTNERS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARK TRYDER,<br><br>Defendant. | Civil Action No. 1:20-cv-10463 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff, Albany Road Real Estate Partners, LLC, by and through its undersigned counsel, and defendant Mark Tryder, by and through his undersigned counsel, hereby stipulate to the dismissal of all claims and all counterclaims which were asserted or which could have been asserted by the parties in this action against the other party **with prejudice**, without fees or costs to any party and with all rights of appeal waived.

Respectfully submitted,

ALBANY ROAD REAL ESTATE PARTNERS LLC,

By its attorneys,

/s/ *Jeffrey E. Francis*
Jeffrey Francis (BBO No. 639944)
jfrancis@pierceatwood.com
Nicholas Brown (BBO No. 676462)
nbrown@pierceatwood.com
PIERCE ATWOOD LLP
100 Summer Street, Suite 2250
Boston, MA 02110
Tel: (617) 488-8136

Respectfully submitted,

MARK TRYDER,

By his attorneys,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO # 565772)
dcloherty@toddweld.com
Alycia M. Kennedy (BBO # 688801)
akennedy@toddweld.com
TODD & WELD LLP
One Federal Street
Boston, MA 02110
(617) 720-2626

Dated: August 7, 2020

**Certificate of Service**

I hereby certify that I served a true copy of the above document upon all parties with an appearance in this matter by electronically filing through this Court's CM/ECF filing system this 7th day of August 2020.

*/s/ Jeffrey E. Francis*
Jeffrey E. Francis (BBO # 639944)